# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

HENRY HORIA,

Plaintiff(s),

v.

NATIONWIDE CREDIT AND COLLECTION, INC.,

Defendant(s).

Case No. 17-cv-08355
Judge Andrea R. Wood

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: in favor of Defendant Nationwide Credit and Collection, Inc. and against Plaintiff Henry Horia.

This action was *(check one)*:

☐ tried by a jury with Judge Andrea R. Wood presiding, and the jury has rendered a verdict.
☐ tried by Judge Andrea R. Wood without a jury and the above decision was reached.
☒ decided by Judge Andrea R. Wood on a motion to dismiss [13].

Date: 7/31/2018          Thomas G. Bruton, Clerk of Court

/s/ Enjoli Fletcher, Deputy Clerk